UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:22-05483 SPG (ADS)　　　　　　　　　　Date:  September 27, 2022

Title:  *Stanley Joseph Thompson v. Brian Birkholtz*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):　　　Attorney(s) Present for Respondent(s):
　　　　　　None Present　　　　　　　　　　　　　　None Present

**Proceedings:**　　(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING PETITIONER'S FAILURE TO SIGN PETITION

　　　Before the Court is Petitioner Stanley Joseph Thompson's Petition for Writ of Habeas Corpus by a Person in Federal Custody.  (Dkt. No. 1.)  Petitioner failed to sign and verify the Petition.  (Id. at 6.)

　　　Petitioner shall file his signed Petition **by no later than October 11, 2022.** *The Clerk of this Court is directed to serve the signature page (Dkt. No. 1 at 6) to Petitioner.*

　　　**Petitioner is cautioned that failure to timely file a response will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).**

　　　**IT IS SO ORDERED.**

Initials of Clerk kh

b. (1) Name of Court  COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

   (2) Nature of proceeding  "COA"

   (3) Grounds raised  COUNSEL INEFFECTIVE IN FAILING TO UNDERSTAND ELEMENTS NEEDED TO CONVICT OF HOBBS ACT (USC 1951(a))

   (4) Result  DENIED

   (5) Date of result  I DO NOT KNOW NOR DO I HAVE THAT INFORMATION

   (6) Citation or number of any written opinions or orders entered pursuant to each disposition.

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention: THE LEGAL BASIS FOR THIS CLAIM DID NOT ARISE UNTIL AFTER I EXHAUSTED MY REMEDIES ON DIRECT APPEAL AND MY 1ST 2255 MOTION. THE LAW CHANGED AFTER THESE REMEDIES AND "BORDEN" IS RETROACTIVELY APPLICABLE.

13. Are you presently represented by counsel?  ☐ Yes  ☒ No

   If so, provide name, address, and telephone number

   Case name and court

14. If you are seeking leave to proceed *in forma pauperis*, have you completed the declaration setting forth the required information?  ☐ Yes  ☒ No

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding,

*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____
                *Date*                              *Signature of Petitioner*