UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY JOSEPH THOMPSON,<br><br>                  Petitioner,<br><br>                  v.<br><br>BRIAN BIRKHOLZ,<br><br>                  Respondent. | Case No. 2:22-05483 HDV (ADS)<br><br>ORDER ACCEPTING<br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody (Dkt. No. 1), Respondent's Motion to Dismiss the Petition for Writ of Habeas Corpus (Dkt. No. 9), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 16), Petitioner's Objections to the Report and Recommendation (Dkt. No. 24), and all the records and files herein.  The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 16);

2. The Petition is dismissed without prejudice (Dkt. No. 1); and

3. Judgment is to be entered accordingly.

DATED: March 22, 2024

THE HONORABLE HERNAN D. VERA
United States District Judge