JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STANLEY JOSEPH THOMPSON, | Case No. 2:22-05483 HDV (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| BRIAN BIRKHOLZ, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the Petition dismissed without prejudice. All pending motions are terminated.

DATED: March 22, 2024

THE HONORABLE HERNAN D. VERA
United States District Judge